# EXHIBIT I



**GE Capital**

GE CAPITAL
P.O. BOX 536447
ATLANTA GA 30353-6447

907  2 MB 0.404

# BWNHXFZ
# 0901 3398 1038 8 #
BULLDOG ERECTORS INC
PO BOX 879
NEWBERRY SC 29108-0879

*Please remember to reference Account Schedule #(s) pertaining to your request(s).*
Phone #: 877-331-0142
Fax: 319-841-6324

*Correspondence Only: PO BOX 3083*
*CEDAR RAPIDS IA 52406-3083*

| Billing ID Number | 90133981038 |
|---|---|
| Invoice Number | 76890211 |
| Invoice Date | 05/13/2012 |
| Due Date: | 06/05/2012 |
| Current Items Due: | 138,829.82 |
| Total Amount Due: | 641,904.94 |

Our Federal Tax Id # 132640703

## INVOICE FOR CURRENT ITEMS DUE

| Account Schedule Number | Due Date | Purchase Order Number / Equipment Description | Line Item Amount | Acct/Sched Total |
|---|---|---|---|---|
| 8418905-001 | | 0001  MANITOWOC 440 US TON CRANE<br>SERIAL NUMBER  1600-1036<br>MODEL NUMBER  16000 | #36 &84 | |
| | 06/05/2012 | PAYMENT/INSTALLMENT DUE | 102,380.72 | |
| | 04/05/2012 | LATE CHARGES DUE | 5,119.04 | |
| | | ACCOUNT SCHEDULE  8418905-001  TOTAL | | 107,499.76 |
| 8418905-002 | | 0001  MANITOWOC 18000 CRAWLER CRANE<br>SERIAL NUMBER  1800-1051<br>MODEL NUMBER  18000  #36 &84 | | |
| | 06/05/2012 | PAYMENT/INSTALLMENT DUE | 29,838.15 | |
| | 04/05/2012 | LATE CHARGES DUE | 1,491.91 | |
| | | ACCOUNT SCHEDULE  8418905-002  TOTAL | | 31,330.06 |

BULLDOG ERECTORS, INC.

MAY 1 7 2012

RECEIVED

*Please include your billing ID number with your payment.*

BULLDOG ERECTORS INC
PO BOX 879
NEWBERRY SC 29108-0879

| Billing ID Number | 90133981038 |
|---|---|
| Invoice Number | 76890211 |
| Due Date: | 06/05/2012 |
| Current Items Due: | 138,829.82 |
| Total Amount Due: | 641,904.94 |

*Send Payment to:*

GE CAPITAL
P.O. BOX 536447
ATLANTA GA 30353-6447

5901339810387689021100013882982000641904947689021138L8
907



**GE Capital**

GE CAPITAL
P.O. BOX 740425
ATLANTA GA 30374-0425

1805 1 MB 0.404

# BWNHXFZ
# 0901 3499 8356 5 #
BULLDOG ERECTORS INC
PO BOX 879
NEWBERRY SC 29108-0879

*Please remember to reference Account Schedule #(s) pertaining to your request(s).*
Phone #: 866-486-8416
Fax: 319-841-6324

Correspondence Only: *PO BOX 3083*
*CEDAR RAPIDS IA 52406-3083*

1805
8

| Billing ID Number | 90134998356 |
|---|---|
| Invoice Number | 76907755 |
| Invoice Date | 05/16/2012 |
| Due Date: | 06/09/2012 |
| Current Items Due: | 50,312.63 |
| Total Amount Due: | 239,635.25 |

CTCSEN
000

Our Federal Tax Id # 061576442

## INVOICE FOR CURRENT ITEMS DUE

| Account Schedule Number | Due Date | Purchase Order Number / Equipment Description | Line Item Amount | Acct/Sched Total |
|---|---|---|---|---|
| 8430278-001 | | 0001 MANITOWOC CRAWLER CR<br>SERIAL NUMBER 41646<br>MODEL NUMBER 4100WV<br>- LOCATION:<br>245 INDUSTRIAL PARK RD<br>NEWBERRY SC 29108<br>0002 MANITOWOC CRAWLER CR<br>SERIAL NUMBER 41712<br>MODEL NUMBER 4100WV<br>- LOCATION:<br>245 INDUSTRIAL PARK RD<br>NEWBERRY SC 29108<br>0003 MANITOWOC CRAWLER CR<br>SERIAL NUMBER 1600-1050<br>MODEL NUMBER 16000 CRAW<br>- LOCATION:<br>245 INDUSTRIAL PARK RD<br>NEWBERRY SC 29108 | #30 08 84 | |
| | 06/09/2012 | PAYMENT/INSTALLMENT DUE | 47,916.79 | |
| | | LATE CHARGES DUE | 2,395.84 | |
| | | ACCOUNT SCHEDULE 8430278-001 TOTAL | | 50,312.63 |

BULLDOG ERECTORS, INC
MAY 25 2012
RECEIVED

*Please include your billing ID number with your payment.*

BULLDOG ERECTORS INC
PO BOX 879
NEWBERRY SC 29108-0879

| Billing ID Number | 90134998356 |
|---|---|
| Invoice Number | 76907755 |
| Due Date: | 06/09/2012 |
| Current Items Due: | 50,312.63 |
| Total Amount Due: | 239,635.25 |

CTCSEN
000

*Send Payment to:*

GE CAPITAL
P.O. BOX 740425
ATLANTA GA 30374-0425

5901349983567690775500005031263000239635257690775538 11
1805